IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PFIZER, INC., | ) ) ) |
| Defendant. | ) Civil Action No. 5:23-CV-312-C |

## JUDGMENT

In accordance with the Court's Oder of even date granting Defendant Pfizer, Inc.'s Motion to Dismiss,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant are hereby **DISMISSED**.

Signed this 30th day of December, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE